Mabel Walker Willebrandt, Asst. Atty. Gen., C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Thomas P. Dudley, Jr., Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for Commissioner.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. Upon confession of error and consent to judgment filed on behalf of the Commissioner of Internal Revenue, it is ordered, adjudged, and decreed as follows: The order of redetermination of the Board of Tax Appeals is reversed, and the case is remanded to said Board of Tax Appeals for further proceedings in accordance with said confession of error and consent to judgment.

**UNITED STATES v. CLALLAM LUMBER CO.**

Circuit Court of Appeals, Sixth Circuit. November 7, 1928.

No. 5080.

Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich.

Butterfield, Keeney & Amberg, of Grand Rapids, Mich., for defendant in error.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

**UNITED STATES v. CLALLAM LUMBER CO.**

Circuit Court of Appeals, Sixth Circuit. November 7, 1928.

No. 5079.

Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich.

Butterfield, Keeney & Amberg, of Grand Rapids, Mich., for defendant in error.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

**UNITED STATES ex rel. Giovanni GALANTI and Emilia Taraborelli, Appellants, v. Benjamin M. DAY, Commissioner of Immigration of the Port of New York, Appellee.**

Circuit Court of Appeals, Second Circuit. February 4, 1929.

No. 223.

Gaspare M. Cusumano, of New York City, for appellants.

Charles H. Tuttle, U. S. Atty., of New York City (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.

**UNITED STATES ex rel. Ralph MITICO, Appellee, v. Benjamin M. DAY, Commissioner of Immigration of the Port of New York, Appellant.**

Circuit Court of Appeals, Second Circuit. February 4, 1929.

No. 163.

Charles H. Tuttle, U. S. Atty., of New York City, for the Southern District of New York (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for appellant.

Before MANTON L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.